STATE of Missouri, Respondent,

v.

Roy T. CRANMER, Appellant.

No. WD 35417.

Missouri Court of Appeals,
Western District.

Sept. 3, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 22, 1985.

Application to Transfer Denied
Nov. 21, 1985.

Mark V. Clark, Columbia, for appellant.

William L. Webster, Atty. Gen., Carrie
Francke, Asst. Atty. Gen., Jefferson City,
for respondent.

Before SHANGLER, P.J., and TUR-
NAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from conviction of capital murder
and robbery in the first degree.  Sentences
were life imprisonment without possibility
of parole for 50 years and life imprison-
ment, respectively.

Judgment affirmed.  Rule 30.25(b).